**United States District Court**
**Central District of California**

| UNITED STATES OF AMERICA vs. | Docket No. | __CR 10-546-E__ |
|---|---|---|
| Defendant __MUHAMMAD ALWI__ | Social Security No. __  __  __  __ | |
| akas: _____ | (Last 4 digits) | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 6 | 3 | 10 |

**COUNSEL** [X] WITH COUNSEL   Raul Ayala, DFPD
(Name of Counsel)

**PLEA** [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

18 U.S.C. 1028(a)(4): False Possession of Identification Document

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

Defendant shall pay to the United States a special assessment of $25.00, which is due immediately. Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the Defendant is hereby committed on the Single-Count Information to time served (39 days).

It is Ordered that the Defendant be released from the custody of the Bureau of Prisons forthwith.

Defendant is hereby placed on probation for a term of one year under the following terms and conditions: Defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318. Within 72 hours of any reentry into the United States, the defendant must report to the Probation Office.

___6/3/10___
Date

_____
U. S. District Judge/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Terri Nafisi, Clerk

___6/3/10___                    By _____
Filed Date                         Deputy Clerk